300

ALLIED ELECTRONICS CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

ALLIED ELECTRONICS CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C. J.

(No. 74-CC-124—Claimant 

XEROX CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.